IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SONNY LEE DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:04-CV-026-A |
| | ) | WO |
| PENNSYLVANIA NATIONAL | ) | |
| MUTUAL CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the court on two motions filed by the Defendant, Pennsylvania National Mutual Casualty Insurance Company (Docs. 40, 45).

A. Motion to Dismiss, Continue, or Stay

Defendant filed a Motion to Dismiss, Continue, or Stay (Doc. 40) on January 3, 2005. Plaintiff Sonny Lee Daniels responded to this motion on January 10, 2005 and Defendants replied on January 12, 2005. Defendant's Motion requested dismissal, continuance, or stay in this case because a state court default judgment on which this court relied, Daniels v. Roberson, et al., No. CV 2000-000226.00 in the Circuit Court of Houston County, had been newly set aside on January 3, 2005. On February 8, 2005, however, the Circuit Court of Houston County reinstated that default judgment.

Therefore, Defendant's Motion to Dismiss, Continue, or Stay is ORDERED DENIED as

1

MOOT.

B. Motion for Reconsideration

On February 18, 2005, Defendant filed a Motion for Reconsideration (Doc. 45) of this court's Memorandum Opinion and Order filed on December 23, 2004.  Plaintiff filed a response to this motion on March 14, 2005 and Defendant replied on March 24, 2005.  After careful consideration of the parties' submissions, the court has determined that Defendant's arguments were taken into account by the court's previous Memorandum Opinion and Order of December 23, 2004.

Therefore, Defendant's Motion for Reconsideration is ORDERED DENIED.

C. Conclusion

It is ORDERED that Defendant shall show cause by May 18, 2005 as to any factual issues remaining to be resolved at trial.  In the absence of such a showing, a final judgment will be entered in favor of the Plaintiff in accordance with this Court's Memorandum Opinion of December 23, 2004.

Done this 4th day of May, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE