IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONNY LEE DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:04cv026-A |
| ) | WO |
| PENNSYLVANIA NATIONAL MUTUAL ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

The Defendant having failed to show by May 18, 2005, that any factual issues remain to be resolved at trial, as required by the order of the court entered on May 4, 2005 (Doc. #53), the court finds that there are no factual issues remaining to be resolved at trial and that, for the reasons stated in the Memorandum Opinion and Order entered by the court on December 23, 2004 (Doc. #39), final judgment is due to be entered in favor of the Plaintiff. Therefore, it is hereby ORDERED as follows:

1. It is DECLARED that at the time of the accident made the basis of the suit styled *Sonny Lee Daniels v. Lance A. Roberson, et al.*, Civil Action No. CV-2000-266-L, in the Circuit Court of Houston County, Alabama, the Defendant in that suit, Lance A. Roberson, was an insured under the policy of liability insurance made the basis of this declaratory judgment action, being the policy issued by Pennsylvania National Mutual Casualty Insurance Company to the employer of Lance A. Roberson, Southeastern Refrigeration Services, and that said insurance policy provides coverage for the judgment entered in that suit in favor of the Plaintiff, Sonny Lee Daniels, against the Defendant, Lance A. Roberson.

2. Final Judgment shall be entered accordingly, with costs taxed against the Defendant.

DONE this 19th day of May, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE