IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONNY LEE DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:04cv026-A |
| ) | WO |
| PENNSYLVANIA NATIONAL MUTUAL ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the order entered on this day,

Final Judgment is entered in favor of the Plaintiff, Sonny Lee Daniels, and against the Defendant Pennsylvania National Mutual Casualty Insurance Company, and execution may issue. Costs are taxed against the Defendant.

DONE this 19th day of May, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE